**FILED**
CLERK, U.S. DISTRICT COURT

Feb 8, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STEVEN FEHER,<br><br>                    Plaintiff,<br><br>          v.<br><br>JAMES CARPENTER aka JAMES LEE CARPENTER, an individual; JOSHUA FAIRHURST, an individual; RIS, INC.; an Oregon Corporation; ATHENE ANNUITY AND LIFE COMPANY f/k/a AVIVA LIFE AND ANNUITY COMPANY, an Iowa corporation; THE PENN INSURANCE AND ANNUITY COMPANY, a business entity, form unknown; and DOES 1 to 50, inclusive,<br><br>                    Defendants. | Case No. 2:15-cv-00676-SVW-FFM<br><br>(PROPOSED) **ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br><br>**JS-6** |

     Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed in its entirety, with prejudice, against all parties. Each party is to bear their own attorneys' fees and costs.

DATED:  February 8, 2016

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE